JOHN HAUFF, as Administrator, etc., of HAROLD HAUFF, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. (Cf. *Hauff* v. *New York Central R. R. Co.,* 255 App. Div. 925.) All concur, except Crosby, J., who dissents and votes for reversal on the law and facts and for dismissal of the complaint. (The judgment is for plaintiff

in a railroad negligence action. The order denies a motion for a new trial.) Present — Sears, P. J., Crosby, Cunningham, Taylor and Dowling, JJ.